# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK



---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : |
| **ELDON DALY,** | :    06 Cr.   06 CRIM. 0690 (SCR) |
| Defendant. | : |

------------------------------------x

**ELDON DALY,** the above-named defendant, who is accused of violating Title 18, United States Code, Section 371; Title 18, United States Code, Section 2113(a) and (d) & 2; Title 18, United States Code, Section 924(c)(1)(A)(I) & (ii) and 2; and Title 18, United States Code, Section 2113(a) and 2, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date: White Plains, New York
       August 16, 2006

