**United States District Court**
**Southern District of New York**

---

United States Of America,

vs.

Defendant.

ELDON DALY

---

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE ON A FELONY PLEA ALLOCUTON

U.S. DISTRICT COURT FILED AUG 16 2006 S.D.N.Y. W.P.

06 CRIM. 0690 (SCR)

Docket _____

   The undersigned defendant, advised by my undersigned attorney, consents to a United States Magistrate Judge presiding over the Proceedings required by Rule 11, Fed R. Crim.P., for me to enter a plea of guilty in my case, or to change my plea, if one has previously been made, from not guilty to guilty, in accordance with the Standing Order of the assigned United States District Judge under Miscellaneous Docket M 10-468. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

   I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

   **IN WITNESS WHEREOF** we have executed this consent this _16_ day of _AUGUST_, 2006, at the White Plains Courthouse, White Plains, NY

x _/s/ Eldon Daly_
DEFENDANT

x _/s/_
ATTORNEY FOR DEFENDANT

MARK D. FOX
U.S. MAGISTRATE JUDGE, S.D.N.Y.

