UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America

                06 CR 0690 (SCR)

    v.              ORDER ACCEPTING PLEA ALLOCUTION

Eldon Daly

-------------------------------------------------
STEPHEN C. ROBINSON, J.

    The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, August 16, 2006 is approved and accepted.

    The Clerk of the Court is directed to enter the plea.

Dated: Sept. 29, 2006

SO ORDERED:

Stephen C. Robinson
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____